United States District Court

Eastern District of Louisiana

Shales

v.

Discover Card Svc

CIVIL ACTION NO. 2:02-cv-00801
SECTION: "C" (4)

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, March 19, 2002.

By Direction of the Court

LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 MAR 18 PM 2:29
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSS DAVID SHALES | * | CIVIL ACTION NO. 02-0801 |
| VERSUS | * | JUDGE SECT. C MAG 4 |
| DISCOVER CARD SERVICES, INC | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF REMOVAL**

Defendant, Discover Card Services, Inc. ("Discover"), submits notice pursuant to 28 U.S.C. § 1441, et seq., that the claims of plaintiff, Ross David Shales, have been removed from the Seventh Justice of the Peace Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

1.

Discover has been named as a defendant in that certain civil action entitled "Ross David Shales v. Discover Card Services, Inc.," No. C-11102-2, on the docket of the Seventh Justice of the Peace Court for the Parish of Jefferson, State of Louisiana.

Fee 150
Process
X Dktd
CtRmDep
Doc. No. 1

2.

The action was commenced on January 14, 2002, and Discover Card Services, Inc. was mailed a copy of plaintiff's Statement of Claim. Service of process was insufficient. (Exhibit A).

3.

This Notice of Removal has been filed within thirty (30) days after receipt by Discover Card Services, Inc. through service or otherwise, of a copy of the original Statement of Claim filed by plaintiff.

4.

All parties which have been properly joined as defendants, i.e., Discover Card Services, Inc., are joined in this Notice of Removal.

5.

This civil action by plaintiff is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq., in that plaintiff's claims arise under federal law, specifically, the Fair Credit Billing Act, 15 U.S.C. § 1666.

6.

Discover attaches hereto as Exhibit "B", a copy of all process, pleadings, and orders served upon it in the state court action, pursuant to 28 U.S.C. § 1446(a).

7.

Pursuant to 28 U.S.C. § 1446(d), Discover has this day given and served written notice of this removal on plaintiff who is appearing pro se and has filed a copy of this Notice of Removal with the clerk of the Seventh Justice of the Peace Court for the Parish of Jefferson where the

action was originally filed. Pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel states that the reasons for this Notice of Removal are well-grounded in fact and/or warranted by existing law and that this matter is within the jurisdiction of the Court pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441, et seq.

WHEREFORE, defendant, Discover Card Services, Inc., prays that this Notice of Removal be deemed good and sufficient as required by law and that the aforesaid action, "Ross David Shales v. Discover Card Services, Inc.," No. C-11102-2, on the docket of Seventh Justice of the Peace Court for the Parish of Jefferson, State of Louisiana, be removed from that court to the United States District Court for the Eastern District of Louisiana, and that this Court have and assume complete and full jurisdiction thereof and issue all necessary orders and grant all general and equitable relief to which Discover might be entitled, and that all further proceedings in the Justice of the Peace Court be discontinued.

Respectfully submitted,

LABORDE & NEUNER

BY: *Melissa Theriot*

Melissa L. Theriot, #22628
Catherine Saba Giering, #26495
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503
~~(318)~~ 337 237-7000

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has this day been forwarded to plaintiff by overnight delivery and certified mail, return receipt requested.

Lafayette, Louisiana, this 14th day of March, 2002.

*Melissa Theriot*
OF COUNSEL





**Service of Process Transmittal Form**
**Baton Rouge, Louisiana**

**03/06/2002**

**Via Federal Express (2nd Day)**

**TO:** David Oppenheim
Morgan Stanley Dean Witter
2500 Lake Cook Road
Riverwoods, IL 60015

**RE:** **PROCESS SERVED IN LOUISIANA**

**FOR** Discover Card Services, Inc. Domestic State: De

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**1. TITLE OF ACTION:** Ross David Shales vs DISCOVER CARD SERVICES, INC.

**2. DOCUMENT(S) SERVED:** Notice (2), Citation (2), Statement of Claim and Citation (2)

**3. COURT:** 7th Justice of the Peace Court, Jefferson Parish, Louisiana
Case Number C-111102

**4. NATURE OF ACTION:** Complaint for defendant's refusal to allow plaintiff to dispute services not rendered for transactions; etc.

**5. ON WHOM PROCESS WAS SERVED:** CT Corporation System, Baton Rouge, Louisiana

**6. DATE AND HOUR OF SERVICE:** By Regular mail on 03/06/2002 with Postmarked Date (illegible)

**7. APPEARANCE OR ANSWER DUE:** Within 15 days (Citation); Trial set for March 26, 2002 at 9:30 a.m.

**8. ATTORNEY(S):** Ross David Shales
104 N. Beth Lane
Avondale, LA 70094

**9. REMARKS:** According to the records of our office our services have been discontinued in this state.

**SIGNED** CT Corporation System

**PER** Mary A. Belton /SS
**ADDRESS** 8550 United Plaza Boulevard
Baton Rouge, LA 70809
SOP WS 0004315729

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

EXHIBIT A

# NOTICE OF TRIAL

****************************

**STATE OF LOUISIANA - PARISH OF JEFFERSON**

**7th JUSTICE COURT**

ROSS DAVID SHALES

104 N.Betty Lane.Avondale, La 70094

VS

Discover Card Services, Inc.

CT Corporation System

8550 United Plaza Blvd.Baton Rouge,La 70809

This MATTER is fixed for trial on MERTIS for JUDGMENT the 26th day of March 20 02 at 9:30 o'clock a.m.

405 DEFOURNEAU LANE
AVONDALE, LA 70094 January 14, 2002, 20 02

Case No. C-11102

[signature]

JUDGE, 7th JUSTICE COURT

****************************************************************************************



Discover Card Servic[illegible]nc.

CT Corporation System

8550 United Plaza Blvd.Baton Rouge, La 70809

[illegible] the
PARISH OF JEFFERSON

NO. C-111102

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a copy accompanies this citation, or deliver your answer to the same, in the office of the 7th Justice Court for the Parish of Jefferson within 15 days after service hereof under penalty of default.

Witness the Honorable Eugene Fitchue, Judge of said Court, this 14th day of January the year of our Lord, 2002

AVONDALE, LA. 2002

Eugene Fitchue

Judge, 7th Justice Court

## Personal

Received on ______, 20 ___ and on ______, 20 ___

I served a true copy of the within ______

on ______

______, herein named in person, in the Parish of Jefferson Louisiana, at a distance of about ______ miles from the Court House.

Returned ______, 20 ___ ______

Constable - 7th Justice Court

## Domiciliary

Received on ______, 20 ___ and on ______, 20 ___

I served a true copy of the within ______

on ______

herein named by leaving the same at ______ domicile in the Parish of Jefferson in the hands of ______

a person of suitable age and discretion, living and residing in the said domicile who's name and other facts connected with this service I learned by interrogating the said ______

herein named, being temporarily absent from ______ residence at the time of said service. Service at a distance of about ______ miles from the Court House

Returned ______, 20 ___

STATE OF LOUISIANA

NUMBER: ______________

Ross David Shaps

PLAINTIFF

104 N. Beth Lane
Avondale, LA 70094

ADDRESS

hm 504-437-0504
wk 504-831-1778

PHONE

VS

Discover Card Services, Inc.
CT Corporation System

DEFENDANT

8550 United Plaza Blvd
Baton Rouge, LA 70809

ADDRESS

PHONE

PLAINTIFF CLAIMS THE FOLLOWING FROM THE DEFENDANT:

(1) I am suing the defendant for failing to allowing me to dispute services not rendered for the following transactions: Feb 13, 2001, ERG Corp, $633.93; Feb 13, 2001, CyberRebate.com, $616.89; Feb 19, 2001 CyberRebate.com, $49.99; Feb 19, 2001, CyberRebate.com, $29.99 - Mar 7, 2001 Elliot Pletnick, $590.94. (2) All 5 transactions involved the same merchant. (3) Under title 15 section 1666 of the U.S. code: (b): "For the purposes of this section a "billing error consists of a reflection on a statement of goods or services not delivered to the obligor in accordance with the agreement at the time of the transaction. (4) Discover has denied the dispute on the basis that the transaction was limited to the purchase of merchandise. (5) I intend to show the court that the transaction was more than a mere purchase of merchandise; it was an intention of service. (6) I therefore intend to prove that the defendant knowingly has attempted to deny me a fair right to dispute the transaction. I ask the court to rule in favor of me for the cost of the transactions, court costs and a penalty, if possible.

______________
SIGNATURE OF PLAINTIFF

**************************************************************************

TO: ______________

YOU ARE HEREBY SUMMONED to comply with the demand contained in this PETITION or deliver your answer to the same in the office of SEVENTH JUSTICE OF THE PEACE COURT for the Parish of Jefferson within FIFTEEN (15) DAYS after service hereof under penalty of default.

Witness the Honorable Judge Eugene Fitchue, this ______________

DAY OF ______________

DATE FILED: ______________

DEMAND: $ $1951.74

COURT COST: $ $150.00

TOTAL COST: $ $2,101.74

______________
CLERK OF COURT
COURT TO BE HELD:
405 Defourneau Lane
Avondale, Louisiana 70094
436-3133

______________
RECEIVER

# NOTICE OF TRIAL

***************************

STATE OF LOUISIANA - PARISH OF JEFFERSON

7th JUSTICE COURT

ROSS DAVID SHALES

104 N.Betty Lane.Avondale, La 70094

VS

Discover Card Services, Inc.

CT Corporation System

8550 United Plaza Blvd.Baton Rouge,La 70809

This MATTER is fixed for trial on MERTIS for JUDGMENT the 26th day of March 20 02 at 9:30 o'clock a.m.

405 DEFOURNEAU LANE
AVONDALE, LA 70094 January 14, 2002 , 20 02

Case No. C-11102

[signature]

JUDGE, 7th JUSTICE COURT

*************************************************************************************



SERVICES, INC PARISH OF JEFFERSON

CT Corporation System

NO. C-111102

8550 United Plaza Blvd.Baton Rouge, La 70809

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the Petition of which a copy accompanies this citation, or deliver your answer to the same, in the office of the 7th Justice Court for the Parish of Jefferson within 15 days after service hereof under penalty of default.

Witness the Honorable Eugene Fitchue, Judge of said Court, this 14th day of January the year of our Lord, 2002

AVONDALE, LA 2002

Judge, 7th Justice Court

## Personal

Received on ________, 20 ___ and on ________, 20 ___

I served a true copy of the within ________

on ________

________, herein named in person, in the Parish of Jefferson Louisiana. at a distance of about ________ miles from the Court House.

Returned ________, 20 ___

Constable - 7th Justice Court

## Domiciliary

Received on ________ ,20 ___ and on ________ ,20 ___

I served a true copy of the within ________

on ________

herein named by leaving the same at ________ domicile in the Parish of Jefferson in the hands of ________

a person of suitable age and discretion, living and residing in the said domicile who's name and other facts connected with this service I learned by interrogating the said ________

herein named, being temporarily absent from ________ residence at the time of said service. Service at a distance of about ________ miles from the Court House

Returned ________, 20 ___

**NUMBER:** ______

Ross David Shales
104 N. Betty Lane
Avondale, LA 70094

**PLAINTIFF**

VS

Discover Card Services, Inc.,
CT Corporation System
8550 United Plaza Blvd

**DEFENDANT**

Baton Rouge, LA 70809

**ADDRESS**

hm 504-437-0304
wk 504-831-1778

**ADDRESS**

**PHONE**

pgr 504-582-6088

**PHONE**

**PLAINTIFF CLAIMS THE FOLLOWING FROM THE DEFENDANT:**

(1) I am suing the defendant for failing to allow me to dispute services not rendered for the following transactions: Jan 20 2001 with Cyber-Rebate.com $597.95, Apr 5 2001 with Cyber-Rebate.com, $1455.94. (2) Under Title 15, Section 1666 of the U.S. code: (b): "For the purposes of this section a "billing error" consists of a reflection on a statement of goods or services not delivered to the obligor .. in accordance with the agreement at the time of the transaction". (3) Discover has denied the dispute on the basis that the transaction was limited to the purchase of merchandise. (4) I intend to show the court that the transaction was more than a mere purchase of merchandise; it was an intention of service. I therefore intend to prove that the defendant knowingly has attempted to deny me a fair right to dispute the transaction.

R. D. Shales

**SIGNATURE OF PLAINTIFF**

**********************************************************************

I ask the court to consider ruling in favor of me for the cost of the transactions, court costs and a penality, if possible

**TO:** ______

**YOU ARE HEREBY SUMMONED to comply with the demand contained in this PETITION or deliver your answer to the same in the office of SEVENTH JUSTICE OF THE PEACE COURT for the Parish of Jefferson within FIFTEEN (15) DAYS after service hereof under penalty of default.**

**Witness the Honorable Judge Eugene Fitchue, this** ______

**DAY OF** ______

**DATE FILED:** ~~200581~~

**DEMAND:** $ 2005.81

**COURT COST:** $ 150.00

**TOTAL COST:** $ 2,155.81

______

**CLERK OF COURT**
**COURT TO BE HELD:**
**405 Defourneau Lane**
**Avondale, Louisiana 70094**
**436-3133**

______

**RECEIVER**